UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOE LOUIS BROWN,

            10cv5062 (JS) (AKT)

           Plaintiff,

            NOTICE OF MOTION
            TO DISMISS THE
            AMENDED COMPLAINT

   -against-

NASSAU COUNTY,

           Defendant.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the Declaration of Michelle M. Faraci, and the exhibits annexed thereto dated April 25, 2011 and the accompanying Memorandum of Law dated April 25, 2011, Defendant Nassau County, will move this Court as soon as counsel may be heard at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, for an order, on a date to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's amended complaint on the ground that it fails to state a valid cause of action and for any such other and further relief as this Court deems just and proper.

Dated: Mineola, New York
       April 25, 2011

            JOHN CIAMPOLI
            Nassau County Attorney

      By: *Michelle M. Faraci*
            Michelle M. Faraci (MF9839)
            Deputy County Attorney
            Attorneys for Defendant
            One West Street
            Mineola, New York 11501
            (516) 571-3931

To: Joe Louis Brown
    *Pro Se Plaintiff*
    40 W. Columbia Street
    Apt. 423
    Hempstead, New York 11550

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

10cv5062 (JS)(AKT)

---

JOE LOUIS BROWN,

                Plaintiff,

against

NASSAU COUNTY,

                Defendant.

---

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

---

JOHN CIAMPOLI
**Nassau County Attorney**

By: *Michelle M. Faraci*
    Michelle M. Faraci,
    Deputy County Attorney
    One West Street
    Mineola, New York 11501
    (516) 571-3931
    Attorneys for Defendant